**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6330**

JAVON MOORNING,

            Petitioner - Appellant,

      v.

WARDEN PURDUE,

            Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:14-cv-00001-GMG-RWT)

Submitted:  June 30, 2015              Decided:  August 4, 2015

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Javon Moorning, Appellant Pro Se.  Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javon Moorning appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Moorning's 28 U.S.C. § 2241 (2012) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Moorning v. Purdue, No. 3:14-cv-00001-GMG-RWT (N.D.W. Va Feb. 24, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED